| | | |
|---|---|---|
| 1 | Gregory C. Scaglione | Glenn P. Zwang |
| 2 | (Bar No. 19368 NE) | BUCHALTER NEMER, |
|   | KOLEY JESSEN PC LLO | a Professional Corporation |
| 3 | One Pacific Place, Suite 800 | 333 Market Street, 25th Floor |
|   | 1125 S. 103rd St. | San Francisco, C 94105 |
| 4 | Omaha, NE 68154 | (415) 227-0900 |
|   | (402) 390-9500 | gzwang@buchalter.com |
| 5 | (402) 390-9005 (Facsimile) | |
| 6 | greg.scaglione@koleyjessen.com | |

Kathryn A. Heiberg, Esq.
(Bar No. 97043 CA)
K.A. HEIBERG, PLC
1932 Eastman Avenue, Suite 108
Ventura, CA 93003
(805) 644-4552
(805) 644-4513 (Facsimile)                                                JS-6
ahventura@aol.com

Attorneys for Plaintiff.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACI WORLDWIDE CORP. a Nebraska corporation, f/k/a ACI Worldwide (MA), Inc., | Case No. 11-1435-JFW (DTBx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| CITIZENS BUSINESS BANK, a California corporation, | |
| Defendant. | |

     The Court, being fully advised on the premises, finds that the Stipulation to Dismiss with Prejudice, submitted by Plaintiff, ACI Worldwide Corp., and Defendant, Citizens Business Bank (Doc. No. 36), is true and correct in all respects and should be granted.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Joint Motion is granted, and Plaintiff's claims against Defendant are hereby dismissed with prejudice, and Defendant's claims against Plaintiff are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

Dated this 29TH day of September 2011.

BY THE COURT:

_____
The Honorable John F. Walter
U.S. District Court Judge